JOHN C. SIMPSON, an Infant, by A. C. N. THOMPSON, His Guardian ad Litem, Respondent, *v.* TEUNIS S. FIERO, Appellant.

(Argued April 12, 1933; decided April 28, 1933.)

*J. Allan Ballman* for appellant.
*George F. Roesch* for respondent.

 no opinion.
Concur: POUND, Ch. J., LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CRANE and CROUCH, JJ. Not sitting: HUBBS, J.